**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Michael Edward Gentile, Petitioner.

Appellate Case No. 2017-001277

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Dorchester County
Maité Murphy, Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-042
Heard November 29, 2018 – Filed December 12, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General William Frederick Schumacher IV, both

of Columbia; and Solicitor David Michael Pascoe Jr., of Orangeburg, all for Respondent.

———————

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Gentile*, Op. No. 2017-UP-108 (S.C. Ct. App. filed Mar. 8, 2017). We now dismiss the writ as improvidently granted.

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, FEW, JAMES, JJ., and Acting Justices Stephanie Pendarvis McDonald and Aphrodite K. Konduros, concur.**